UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : HON. KATHARINE S. HAYDEN
: CRIMINAL NO. 03-844 (KSH)
:
v. : **ORDER**
:
: **REMOVAL OF**
: **ELECTRONIC MONITORING**
ROBERT SINGLETON :

This matter having been opened to the Court by the defendant, Robert Singleton, by his attorney, K. Anthony Thomas, Esq., Assistant Federal Public Defender, with no opposition from the government or the United States Probation Office, and for good cause shown;

IT IS, on this _____ day of August, 2009;

ORDERED that defendant ROBERT SINGLETON shall no longer be subject to 24-hour house arrest with electronic monitoring; and it is further

ORDERED that all other terms of Supervised Release and conditions of release imposed on June 16, 2009, shall remain in force.

HONORABLE KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE

I hereby consent to the form
and entry of the above Order.

RALPH J. MARRA, JR.
Acting United States Attorney

By: Serina Vash
Assistant U.S. Attorney

K. Anthony Thomas
Assistant Federal Public Defender