PROB 12C

# United States District Court
## for
## District of New Jersey
## Petition for Warrant for Offender Under Supervision

**Name of Offender:** Robert Singleton

**Docket Number:** 03-00844-018
**PACTS Number:** 39449

**Name of Sentencing Judicial Officer:** Honorable Katharine S. Hayden, United States District Judge

**Date of Original Sentence:** 05/21/2007

**Original Offenses:** Count 1: Racketeering; Ct. 2: Unlawful Possession of a Firearm by a Convicted Felon

**Original Sentence:** 51 months imprisonment on each count to be served concurrently; 3 years supervised release on each count, each term to run concurrently.

**Type of Supervision:** Supervised release

**Date Supervision Commenced:** 01/16/08

**11/9/09: Violation of Supervised Release:** Time served; supervision continued to 1/15/2011. Condition: Offender to attend and participate in Domestic Violence treatment.

**Assistant U.S. Attorney:** Serina Vash, 970 Broad Street, Room 502, Newark, New Jersey (973) 645-2700

**Defense Attorney:** K. Anthony Thomas, Esq., AFPD, 972 Broad Street, Newark, New Jersey; 973/645-6347

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender has violated the supervision condition which states 'You shall not commit another federal, state, or local crime.' On May 6, 2010, East Orange Police arrested Singleton and charged him with Terroristic Threats, Simple Assault, and Criminal Restraint (Domestic Violence), conduct which occurred on May 2, 2010. |
| 2. | The offender has violated the supervision condition which states 'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.' Singleton did not notify the probation officer of his questioning and arrest for Terroristic Threats, Simple Assault, and Criminal Restraint by the East Orange Police on or before May 9, 2010, or at any time thereafter. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas Stone
Senior U.S. Probation Officer
Date: 5/13/2010

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] Other

Signature of Judicial Officer

5/17/10
Date