UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. KATHARINE S. HAYDEN |
| | : | |
| | : | CRIMINAL NO. 03-844-018   (KSH) |
| v. | : | |
| | : | |
| | : | ORDER |
| | : | |
| ROBERT SINGLETON, | : | |
| Defendant | : | |

THIS MATTER having come before the Court upon allegations that the defendant ROBERT SINGLETON, violated certain conditions of his supervised release imposed on or about May 21, 2007, by this Court; and the defendant having appeared before this Court on May 24, 2010 and June 22, 2010, to answer the allegations in the Petition for Warrant or Summons for Offender Under Supervision filed by the United States Probation Office signed on May 17, 2010 (hereinafter the "Petition"); and the Court having adjourned a hearing on the merits of the Petition until November 16, 2010; and the Court having heard on that date from the government ( Samuel A. Stern, Assistant U.S. Attorney, appearing), United States Probation Office (Thomas Stone, United States Probation Officer, and the defendant (K. Anthony Thomas, Assistant Federal Public Defender, appearing); and for good cause shown;

IT IS, on this 23rd day of November, 2010;

ORDERED that the above referenced Petition is hereby dismissed; and it is further

ORDERED that defendant ROBERT SINGLETON previous term of Supervised Release is continued; and it is further

ORDERED that all other terms of Supervised Release shall remain in force.

/s/ Katharine S. Hayden
KATHARINE S. HAYDEN, U.S.D.J